

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,644-01

### EX PARTE PATRIC HARRIS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-13-200950 IN THE 299TH DISTRICT COURT FROM TRAVIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault family violence and sentenced to three years' imprisonment.

Applicant's claims concerning attorney fees and court costs are dismissed. *In re Daniel*, 396 S.W.3d 545, 548 (Tex. Crim. App. 2013); *Ex parte Knight*, 401 S.W.3d 60, 67 (Tex. Crim. App. 2013). Based on this Court's independent review of the record, we find that Applicant's remaining claims are without merit. Therefore, we deny relief.

Filed: August 20, 2014
Do not publish